# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAVID RAY EVANS**   **PETITIONER**

v.   **CASE NO. 5:15CV00039 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**   **RESPONDENT**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Beth Deere and petitioner's objections thereto have been reviewed. After a careful consideration of these documents, and a *de novo* review of the record, the recommendations are hereby approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that David Evans's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 19th day of June 2015.

UNITED STATES DISTRICT JUDGE